UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:11CV-P120-R

THOMAS RIDGEWAY                                                                                  PETITIONER

v.

COMMONWEALTH OF KENTUCKY                                                     RESPONDENT

## MEMORANDUM AND ORDER

On August 4, 2011, this Court entered a Memorandum Opinion and Order dismissing this action (DNs 11 and 12). On August 4, 2011, and August 12, 2011, Ridgeway filed two documents which he describes as motions to rule on his right to appeal. Ridgeway requests this Court to rule on his right to appeal a judgment from the Marshall District Court, which adjudged him to be wholly disabled and directed that a guardian be appointed for him.

Federal courts lack jurisdiction to review a case litigated and decided in state court under the *Rooker-Feldman* doctrine. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 & n.16 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923). The doctrine prevents both a direct attack on the substance of a state court decision and a challenge to the procedures used by the state court in arriving at its decision. *Anderson v. Charter Twp. of Ypsilanti*, 266 F.3d 487, 493 (6th Cir. 2001). An unsuccessful state court litigant simply cannot "appeal" a state court decision in a federal district court. *McCormick v. Braverman*, 451 F.3d 382, 393 (6th Cir. 2006).

Therefore, if Ridgeway wishes to appeal a decision of a state court, he must do so through the state appellate system, not to this Court. Moreover, this Court has no jurisdiction over a state court to direct how his appeal should be handled. Accordingly,

**IT IS ORDERED** that Ridgeway's motions (DNs 11 and 12) are **DENIED**.

Furthermore, Plaintiff is reminded that both actions that he has filed in this Court have been dismissed, and any further motions filed in these actions will be subject to denial. Should Plaintiff wish to file a new action, he should clearly state his intent to do so in a cover letter.

Date:

cc:    Plaintiff, *pro se*
4413.010